Case 2:16-cv-00101-KS-MTP   Document 13-2   Filed 09/15/16   Page 1 of 2
Case 2:16-cv-00101-KS-MTP   Document 7   Filed 09/0_/_6   Page 1 of 2
00001

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| KAYLA CLARK, ADMINISTRATRIX, ET. AL )<br>*Plaintiff* )<br>v. )<br>KEVIN HERRINGTON, IN HIS OFFICIAL AND )<br>PERSONAL CAPACITIES, ET. AL )<br>*Defendant* ) | Civil Action No.  2:16cv101-KS-MTP |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:       Clarke County County District Attorney,
          E.J. (Bilbo) Mitchell
          *(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: A certified complete copy of any and all files and all information presented to the Grand Jury of Clarke County on behalf of Mr. Jonathan Sanders (Social Security No. ***-**-4361).

| Place: Baldwin & Baldwin, PLLC<br>Post Office Box 3199<br>Jackson, Mississippi 39207 | Date and Time:<br>09/23/2016 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

  The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  09/09/2016

               *CLERK OF COURT*
                                                              OR  _____
_____                                 _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

Toney A. Baldwin; Post Office Box 3199, Jackson, Mississippi 39207; baldwinlawfirm@yahoo.com; (601) 960-4533.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT B**

Case 2:16-cv-00101-KS-MTP   Document 13-2   Filed 09/15/16   Page 2 of 2
00002
Case 2:16-cv-00101-KS-MTP   Document 7   Filed 09/09/16   Page 2 of 2

## Certificate of Service

I, Toney A. Baldwin, hereby certify that on September 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> J. Richard Barry, Esq.
> James C. "Cory" Griffin, Esq.
> BARRY THAGGARD MAY & BAILEY, LLP
> Post Office Box 2009
> Meridian, Mississippi 39302-2009

/s/ *Toney A. Baldwin*