IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KAYLA CLARK, ADMINISTRATRIX AND
ON BEHALF OF ALL HEIRS AT LAW AND
WRONGFUL DEATH BENEFICIARIES
OF JONATHAN SANDERS, DECEASED                                    PLAINTIFFS

V.                                         CIVIL ACTION NO. 2:16-CV-101-KS-MTP

KEVIN HERRINGTON, IN HIS OFFICIAL AND
PERSONAL CAPACITIES; CITY OF STONEWALL;
STONEWALL POLICE DEPARTMENT; BOARD OF
ALDERMEN IN THE OFFICIAL CAPACITIES;
AND JOHN DOES 1-10                                                DEFENDANTS

## ORDER

On September 21, 2016, Defendants ("Movants") filed their Motion to Dismiss Based on Qualified Immunity [14]. Pursuant to Local Uniform Civil Rule 7(b)(4), Plaintiffs ("Respondents") are required to file a response and memorandum brief to this motion within fourteen (14) days after service. Pursuant to Federal Rule of Civil Procedure 6(a), the last day of the aforementioned time period is to be included unless it is a Saturday, Sunday, or legal holiday. Further, Federal Rule of Civil Procedure 6(d) provides the Respondent with an additional three (3) days for the filing of the responses. In accordance with the preceding Rules, the Court fixes the date certain for the responses as on or before **October 10, 2016.**

Pursuant to Local Uniform Civil Rule 7(b)(4), if Movants desire to submit a rebuttal memorandum, they may do so within seven (7) days after service of the Respondents' memorandum brief in response. In accordance with Local Uniform Civil Rule 7(b)(4) and Federal Rule of Civil Procedure 6, the Court fixes the date certain for the rebuttal as on or before **October 17, 2016**.

If either the Movants or Respondents wish to extend the time allotted for filing the response or rebuttal, counsel shall file a motion for additional time prior to the expiration of the date certain fixed by the Court.

Pursuant to Local Uniform Civil Rule 7(b)(5), Movants' original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages, and Respondents' memorandum brief shall not exceed thirty-five (35) pages. If either the Movants or Respondents wish to exceed the number of pages for briefing available, counsel shall file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED this the 28th day of September, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE