**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**KAYLA CLARK, ADMINISTRATRIX**
**AND ON BEHALF OF ALL HEIRS AT**
**LAW AND WRONGFUL DEATH**
**BENEFICIARIES OF JONATHAN**
**SANDERS, DECEASE**                                                               **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 2:16-CV-101-KS-MTP**

**KEVIN HERRINGTON et al.**                                                    **DEFENDANTS**

**ORDER**

On February 7, 2017, Defendants ("Movants") filed their Motion to Dismiss Based on Qualified Immunity [35]. Plaintiff ("Respondent") has until on or before **February 21, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **February 28, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondent require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the   8th   day of February, 2017.

                                                                    s/Keith Starrett
                                                                    KEITH STARRETT
                                                                    UNITED STATES DISTRICT JUDGE