UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KAYLA CLARK, ADMINISTRATRIX AND
ON BEHALF OF ALL HEIRS AT LAW AND
WRONGFUL DEATH BENEFICIARIES
OF JONATHAN SANDERS, DECEASED                                       PLAINTIFFS

V.                                           CIVIL ACTION NO. 2:16-CV-101-KS-MTP

KEVIN HERRINGTON, IN HIS OFFICIAL
AND PERSONAL CAPACITIES; TOWN OF STONEWALL, MS;
ALDERMAN RICKY CARPENTER, IN HIS INDIVIDUAL CAPACITY;
ALDERMAN JERRY RICH, IN HIS INDIVIDUAL CAPACITY;
ALDERMAN FERRY ADAMS, IN HIS INDIVIDUAL CAPACITY;
ALDERMAN FRED FREY, JR., IN HIS INDIVIDUAL CAPACITY;
ALDERMAN STACY ARTIGUE, IN HIS INDIVIDUAL CAPACITY;
MAYOR GLENN A. COOK, IN HIS INDIVIDUAL CAPACITY;
AND POLICE CHIEF MICHAEL STREET, IN HIS INDIVIDUAL
CAPACITY AND JOHN DOES 1-10

**ORDER STAYING ALL DISCOVERY
AND DISCLOSURE REQUIREMENTS**

THIS MATTER comes before the Court on Defendants' Motion to Dismiss Based on Qualified Immunity and Fed. R. Civ. P. 12(b)(6). Rule 16(b)(3)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides:

Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal.

IT IS THEREFORE, ORDERED, that all discovery related to this cause as well as disclosure requirements are stayed pursuant to the Local Rules.

IT IS FURTHER ORDERED that counsel shall promptly notify the Magistrate Judge of a decision on the motion and shall submit a proposed order lifting the stay, if appropriate. Within

1

fourteen (14) days of entry of the order lifting the stay, the parties shall confer in accordance with L.U.Civ.R. 26(f), and all other deadlines will be determined accordingly.  A case management conference shall be scheduled within sixty (60) days of lifting the stay.  The parties should notify the Court by letter or electronic mail correspondence if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

SO ORDERED, this the 8th day of February, 2017.

_____ s/Michael T. Parker_____
UNITED STATES MAGISTRATE JUDGE